**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Priya Rajput
   Mehak Jaiswal, Synccort Inc.
   50 Tice Blvd
   Woodcliff Lake, NJ 07677-7654

   5:15CV 350 - JRA

2. Article Number
   (Transfer from service label)     7014 0510 0001 8948 5340

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Diane Miller
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   Diane Miller

C. Date of Delivery
   3/2

D. Is delivery address different from item 1? ☑ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail®
   ☐ Registered
   ☐ Insured Mail
   ☐ Priority Mail Express™
   ☑ Return Receipt for Merchandise
   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, July 2013     Domestic Return Receipt

UNITED STATES POSTAL SERVICE

02 MAR '15

| First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10 |

Please print your name, address, and ZIP+4® in this box•

The Office Of The Clerk
U.s. District Court For The Northern District Of Ohio
568 US Courthouse, Federal Building
2 S Main St
Akron, OH 44308-1813

5:15CV350

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Price Point Perfect
   9644 N 27th Pl
   Phoenix, AZ 85028-4725

   5:15CV350 - JRA

2. Article Number
   (Transfer from service label)
   7014 0510 0001 8948 5227

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
   3/2

D. Is delivery address different from item 1? ☑ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail®
   ☐ Priority Mail Express™
   ☐ Registered
   ☑ Return Receipt for Merchandise
   ☐ Insured Mail
   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, July 2013          Domestic Return Receipt

UNITED STATES POSTAL SERVICE

AZ 852
02 MAR '15
PM 01

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

The Office Of The Clerk
U.s. District Court For The Northern District Of Ohio
568 US Courthouse, Federal Building
2 S Main St
Akron, OH 44308-1813

Cas # 515CV 350