**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| Zinganything, LLC | ) | |
| | ) | |
|    *Plaintiff* | ) | Case No. 5:15-cv-00350-JRA |
| | ) | |
| vs. | ) | **NOTICE OF APPEARANCE FOR** |
| | ) | **DEFENDANT UPTOWN TRENDZ** |
| Modern Beauty, et. al. | ) | |
| | ) | |
|    *Defendants.* | ) | |

_____

Attorney Howard L. Wernow hereby enters his appearance as counsel for Defendant Uptown Trendz. Please serve a copy of all notices, correspondence, or orders on Mr. Wernow, who is admitted to practice in this Court, at the following address:

Date: March 11, 2015                Howard L. Wernow, Esq. (0089019)
                                                        SAND & SEBOLT, LPA
                                                        Aegis Tower – Suite 1100
                                                        4940 Munson Street NW
                                                         Canton, Ohio 44718
                                                        Telephone:   (330) 244-1174
                                                        Fax:           (330) 244-1173
                                                        Email:       howardw@sandandsebolt.com

                                                        Respectfully submitted,

                                                        _/s/ Howard L. Wernow_____
                                                        Howard L. Wernow, Esq.
                                                        SAND & SEBOLT, LPA
                                                        Aegis Tower – Suite 1100
                                                        4940 Munson Street NW
                                                        Canton, OH 44718
                                                        *Attorney for Defendant Uptown Trendz*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2015 the foregoing **Notice of Appearance for Defendant Uptown Trendz** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

    _/s/ Howard L. Wernow_____
Howard L. Wernow, Esq.
SAND & SEBOLT, LPA
*Attorney for Defendant Uptown Trendz*